### A09A0086. THE STATE v. MILLER.
(716 SE2d 234)

PHIPPS, Presiding Judge.

In *State v. Miller*,[1] we upheld the trial court's dismissal of two counts of a five-count indictment. The Supreme Court of Georgia granted certiorari and reversed.[2] Accordingly, our judgment in *Miller* is vacated, the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court on Miller's motion to dismiss is reversed. The case is remanded for proceedings consistent with this opinion.

*Judgment reversed and case remanded. Smith, P. J., Barnes, P. J., Miller, P. J., Andrews, Dillard and McFadden, JJ., concur.*

DECIDED AUGUST 16, 2011.

*Daniel J. Porter, District Attorney, William C. Akins, Assistant District Attorney*, for appellant.
*Jack E. Harrell, Jr., Sharon L. Hopkins*, for appellee.

---

[1] 298 Ga. App. 584 (680 SE2d 627) (2009).
[2] *State v. Miller*, 287 Ga. 748 (699 SE2d 316) (2010).